FILED

2023 Jul-05  PM 01:26
U.S. DISTRICT COURT
N.D. OF ALABAMA



**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **YOLANDA YVETTE SWAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:22-cv-751-LCB** |
| | § | |
| **PUBLIX ALABAMA, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL ON THE MERITS

On June 21, 2023, Defendant moved to dismiss this case for Plaintiff's failure to prosecute, asserted multiple grounds for the requested relief. (*See Motion*, Doc. 21 at 2–7; *see also Order*, Doc. 22 (summarizing Plaintiff's failure to prosecute).) Two days later, the Court withheld a ruling on the motion and, instead, "afford[ed] Plaintiff one, final opportunity to right the proverbial ship. (*Order*, Doc. 22 at 2.) The Court was "abundantly clear" in ordering that Plaintiff's "fail[ure], in any way, to comply with the terms of the Court's prior order (Doc. 20) by 5:00 PM CDT on Friday, June 30, 2023," would result in the Court "swiftly dismiss[ing] her claims . . . *with prejudice*." (Doc. 22 at 2.) In so ordering, the Court explained to Plaintiff the consequences of dismissal with prejudice. (Doc. 22 at 2 (noting that dismissal with prejudice would "clos[e] the door on Plaintiff's ability to litigate these claims now, henceforth, and forevermore").)

Well, June 30 has come and gone. Earlier today, Defendant filed a renewed motion to dismiss for the reasons stated in its prior motion, and for Plaintiff's failure to comply with the June 30 deadline. (*See* Doc. 23.) Plaintiff has filed nothing.

The Court finds that Plaintiff's chronic disobedience of this Court's orders and disregard for the obligations associated with the prosecution of her claims amounts to a "clear record of delay or willful contempt"; the Court also finds that no sanction short of dismissal with prejudice under Rule 41(b) will suffice here. *Goforth v. Owens*, (11th Cir. 1985) (describing "the legal standard to be applied under Rule 41(b)").

Thus, the Court hereby **DISMISSES** this action **WITH PREJUDICE**, pursuant to its power under Rule 41(b) of the Federal Rules of Civil Procedure. Defendant's motions (Docs. 21, 23) are **GRANTED**. Because this dismissal operates as an adjudication on the merits, a separate final judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** July 5, 2023.

_____

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE